DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* ANDREWS ET AL.

No. 74–1318. Argued March 3, 1976—Decided May 3, 1976

*William A. Allain* and *Champ T. Terney* argued the cause for petitioners. With them on the briefs was *A. F. Summer*, Attorney General of Mississippi.

*Charles Victor McTeer* and *Rhonda Copelon* argued the cause for respondents. With them on the briefs were *Morton Stavis* and *Nancy Stearns.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging affirmance were filed by *Peter B. Sandmann* and *Susanne Martinez* for the Child Welfare League of America, and by *Mary C. Dunlap, Wendy W. Williams, Ruth Bader Ginsburg,* and *Melvin L. Wulf* for Equal Rights Advocates, Inc., et al.

Briefs of *amici curiae* were filed by *Solicitor General Bork, Assistant Attorney General Pottinger,* and *Abner W. Sibal* for the United States, and by *Stephen J. Pollak, Martin J. Flynn, Richard M. Sharp,* and *David Rubin* for the National Education Assn.